**No. 53231.**—Mary Chess, Inc., et al. *v.* United States, protests 58560–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53232.**—Brown & Kruger, Inc., et al. *v.* United States, protests 62555–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53233.**—Celanese Corp. of America et al. *v.* United States, protests 64877–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53234.**—Biddle Purchasing Co. et al. *v.* United States, protests 71944–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53235.**—Amalgamated Textile, Ltd., et al. *v.* United States, protests 75907–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53236.**—Julian R. Holzer et al. *v.* United States, protests 143066–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.